# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARCIA LANING,

       Plaintiff,                                        Case No.: 3:15-cv-75

  vs.

COMMISSIONER OF                             District Judge Thomas M. Rose
SOCIAL SECURITY,                            Magistrate Judge Michael J. Newman

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

       Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (doc. #1) is **DENIED WITHOUT PREJUDICE**; and

2. Plaintiff shall pay the required civil filing fee.


Date: March 23, 2015                                    *s/Thomas M. Rose
                                                                         Thomas M. Rose
                                                                          United States District Judge